AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| DEBORAH MYERS,<br>*Plaintiff*<br>v.<br>Commissioner of Social Security<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Civil Action No.  3:21-cv-249

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;3. This matter is REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Sharon L. Ovington. _____ on a motion for

      Decisioin and Enty

Date:      10/27/21      _____

CLERK OF COURT

*Signature of Clerk or Deputy*